IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NESTOR SANDOVAL-SANDOVAL,<br><br>Defendant. | CR 07-54-BLG-SPW<br><br>ORDER |

Defendant Nestor Sandoval-Sandoval filed a Motion for Compassionate Release on December 22, 2022, in CR 05-04. In the caption for his motion, Defendant provided the case number CR 05-04. Defendant has completed is 60-month sentence in this case, and so his motion for compassionate release, as applied to CR 05-04, is moot.

However, Defendant is currently serving a 240-month sentence pursuant to the judgment in this case, CR 07-54. Defendant provided this case number on the exhibit associated with his motion, though the exhibit was filed in CR 05-04. A motion for compassionate release is appropriate in CR 07-54, since Defendant is still serving his 240-month sentence.

1

Accordingly, the Court instructed the Clerk to remove Defendant's motion from CR 05-04 and refile it in CR 07-54. The Court will issue a scheduling order for appointment of counsel and an amended motion in CR 07-54.

DATED this 11th day of January, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge